IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ELIDA REYES, <br>     Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | 2:13-CV-354 |
| COUNTY OF BROOKS, TEXAS, <br> et. al., <br>     Defendants. | § <br> § <br> § | |

## ORDER

Before the Court is the Amended Memorandum and Recommendation (M&R) of United States Magistrate Judge B. Janice Ellington on Defendants motion for summary judgment. D.E. 26. The M&R was filed and served on the parties on December 17, 2014. The Magistrate Judge recommends the Court grant Defendants' motion for summary judgment. D.E. 18. Objections to the M&R were due by December 31, 2014. No objections were filed.

Under 28 U.S.C. § 636(b)(1), this Court must make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

After reviewing the Amended M&R, the Court adopts the recommendations of the Magistrate Judge. Accordingly, Defendants' motion for summary judgment (D.E. 22) is GRANTED.

It is so **ORDERED**.

SIGNED this 15 day of _____, 2015.

_____
Hilda G. Tagle
Senior United States District Judge